**DISMISS and Opinion Filed December 6, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01202-CR**

**THE STATE OF TEXAS, Appellant**
**V.**
**RICHARD JIMENEZ, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MA21-71318-M**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Garcia
Opinion by Justice Garcia

Before the Court is the State's motion to dismiss its appeal. We grant the

motion to dismiss and order the appeal dismissed.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

231202F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-23-01202-CR     V.

RICHARD JIMENEZ, Appellee

On Appeal from the County Criminal Court of Appeals No. 2, Dallas County, Texas
Trial Court Cause No. MA21-71318-M.
Opinion delivered by Justice Garcia. Justices Partida-Kipness and Pedersen, III participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered December 6, 2023